# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

_____ Division

Tamara Danielle Moore
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Megan J. Brennan
Juana Richardson
Shirley Clarke
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 18-12270
(to be filled in by the Clerk's Office)

SECT. M MAG. 4

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tamara Danielle Moore
   Street Address: 3320 Wall Blvd Apt 9-102
   City and County: Gretna Jefferson
   State and Zip Code: Louisiana 70056
   Telephone Number: (504) 252-2848
   E-mail Address: sevenrayneydaze@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Fee IFP
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Meagan J. Brennan
- Job or Title (if known): Postmaster General
- Street Address: 475 L'Enfant Plaza SW
- City and County: Washington
- State and Zip Code: D.C. 20260
- Telephone Number: (202) 268-2608
- E-mail Address (if known): meagan.j.brennan@usps.gov

Defendant No. 2
- Name: Juaria Richardson
- Job or Title (if known): Acting Postmaster / Supervisor
- Street Address: 1300 Florida Ave
- City and County: New Orleans, Orleans
- State and Zip Code: Louisiana 70119
- Telephone Number: (504) 949-8259
- E-mail Address (if known):

Defendant No. 3
- Name: Shirley Clarke
- Job or Title (if known): Supervisor
- Street Address: 8710 LA-23
- City and County: Belle Chasse, Plaquemines
- State and Zip Code: Louisiana 70037
- Telephone Number: (504) 391-3130
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | USPS Gretna Station |
| Street Address | 406 Gretna Blvd |
| City and County | Gretna Jefferson |
| State and Zip Code | Louisiana 70053 |
| Telephone Number | (504) 249-7620 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
Health Insurance Portability and Accountability Act - HIPAA

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Violated contractual provisions of the JCAM and ELM (contracts governing USPS)

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) May 1, 2017 to June 6, 2017 I was forced to work in a constant state of physical and mental angst due to the unwarranted, unlawful, and non-contractual change of schedule. I was medically excused from duty on June 7, 2017. My hours were never restored during my absence.

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* Physical Disability - thoracic and lumbar fractures/ spinal stenosis / degenerative disc disease / four (4) herniated discs

E. The facts of my case are as follows. Attach additional pages if needed.

See Attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

I initiated EEOC contact (requested a package) on /about May 1, 2017, followed by a formal charge.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 09/08/2018

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

## V. Relief

I am seeking the amount of $204,910.94 for compensatory and punitive damages in addition to lost wages. My work hours were never restored and though I have not been medically released to active duty, I am being harassed by the existing Postmaster, Dwayne N. Pressley based on my physical disability (An EEO was filed for the ongoing harassment in January 2018. I am presently awaiting a Final Agency Decision to merge the complaint(s).

I believe I am entitled to $200,000.00 in compensatory and punitive damages due to the extreme physical pain and emotional torment I was forced to work in which could have been adverted by management's adherence to the contract and federal labor laws. The culture of discrimination in the Gretna Station has adversely affected my health. Not only was I forced to labor in pain but I have experienced extreme stress, high anxiety, depression, hair loss, sleep deprivation, and compulsive overeating resulting in the elevation of my blood pressure and borderline diabetes causing my heart to enlarge putting me at high risk for heart disease.

The amount of $4,910.94 I seek for the lost of wages is 42.50 hours of administrative pay = $1,210.40; 16 hours of missed pay from OWCP = $455.68; 4 hours of Annual Leave = $113.92; and 73.29 hours of out-of-schedule pay = $3,130.94 (these figures are based on the calculation of hours times an hourly rate of $28.48).

V. Relief - continued

I respectfully request the total of $204,910.94 to be made whole.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-4-2018

Signature of Plaintiff: Tambra Danielle Moore
Printed Name of Plaintiff: Tambra Danielle Moore

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____